Jack East III
2725 Cantrell Road, Ste. 202
Little Rock, AR 72202
(501) 372-3278
Bar ID No. 75-036

**Certificate of Service**

I hereby certify that I have this day electronically filed the foregoing pleading with Clerk of the Court using the CM/ECF System, which will send immediate notification of such filing to the following:

Mike Hale
Barber Law Firm
400 West Capitol Ave., Ste 2700
Little Rock, AR 72201-3524

JACK EAST III

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**INTERNATIONAL FIDELITY INSURANCE COMPANY** **PLAINTIFF**

**v.** **Case No. 4-12-CV-0185 BSM**

**HUMISTON GARRETT STUBBS, PLLC**
**and CHASEN B. GARRETT** **DEFENDANT**

**MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS**

Comes now Plaintiff, International Fidelity Insurance Company (IFIC), and for its Motion for Extension of Time to Respond to Motion to Dismiss (Motion) states:

1. Defendant, Chasen B. Garrett, filed the Motion on June 21, 2012.

2. Due to other commitments counsel for IFIC needs additional time to adequately respond to the Motion.

3. Counsel for IFIC has spoken with counsel for Garrett. Garrett's counsel has graciously agreed to an extension of time to July 16, 2012, inclusive.

4. Good cause exists to extend the time for IFIC to respond to the Motion.

**WHEREFORE**, plaintiff prays the court extend the time for IFIC to respond to the defendant's Motion to Dismiss to July 16, 2012, inclusive, and for all and for all other appropriate relief.